**Motion Granted; Order filed March 19, 2015**



In The

# Fourteenth Court of Appeals

———————

NO. 14-14-00437-CV

———————

**CITY OF HOUSTON, Appellant**

**V.**

**HOUSTON FIREFIGHTERS' RELIEF AND RETIREMENT FUND,**
**Appellee**

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-02548**

---

## ORDER

This case is set for oral argument at 1:30 p.m. on March 25, 2015. On March 13, 2015, the parties notified this court that they had reached a potential agreement to settle the issues on appeal, and requested that the appeal be abated for completion of the settlement. The motion is granted. Accordingly, we issue the following order.

Oral argument scheduled March 25, 2015, is cancelled. The appeal is abated, treated as a closed case, and removed from this court's active docket until June 21, 2015. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Wise.